**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK HOLSOMBACH**                                                         **PLAINTIFF**
**ADC# 134723**

**v.**                      **NO. 5:15CV00224-JLH-BD**

**WENDY KELLEY, et al.**                                           **DEFENDANTS**

## **ORDER**

Mark Holsombach filed a motion for injunctive relief in *Holsombach v. Norris*, No. 2:08CV00022-DPM. Judge D.P. Marshall, Jr. directed the Clerk of Court to file the motion as a new case under 42 U.S.C. § 1983. In response, the Clerk opened this case on July 9, 2015.

On July 14, 2015, by Order of the Court, this case was consolidated into another of Holsombach's pending cases on the docket of Chief Judge Brian S. Miller. *Holsombach v. Kelley*, No. 5:15CV00222-BSM. The issues raised in this case are the same as those in the case pending before Judge Miller.

Accordingly, the Clerk of the Court is instructed to close this case administratively.

IT IS SO ORDERED this 26th day of August, 2015.

                                                     *J. Leon Holmes*
                                                  UNITED STATES DISTRICT JUDGE